IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES W. CHRISTOPHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-133 |
| | ) | |
| "DOE," Department of Corrections Dialysis Medical Provider, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for monetary damages against Defendants in their official capacities are **DISMISSED**.

SO ORDERED this ___ day of March, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE